FILED

FEB 18 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MUNOZ,<br>Plaintiff,<br>v.<br>JEFFREY BEARD, et al.,<br>Defendants. | No. C 13-03786 EJD (PR)<br>ORDER OF TRANSFER |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. The acts of which Plaintiff complains occurred at Ironwood State Prison in Riverside, California which is located in the Central District of California. Therefore, venue properly lies in the Eastern Division of the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern Division of the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

DATED: 2/18/14

EDWARD L. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN MUNOZ,

Plaintiff,

v.

JEFFREY BEARD, et al.,

Defendants.

/

Case Number: CV13-03786 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 02/18/14, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian Munoz V34061
CSP-Ironwood State Prison, B4-123L
P.O. Box 2199
Blythe, CA 92226

Dated: 02/18/14

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk